ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                      :

                                                           : **INFORMATION**
        - v. -

                                                           : 12 Cr.

DANNY BORGOS,                                 :

                Defendant.              : **12 CRIM 256**

                                                           :

- - - - - - - - - - - - - - - - - - - - - - - x

### COUNT ONE

(Distribution of Child Pornography)

The United States Attorney charges:

1. On or about February 23, 2011, in the Southern District of New York and elsewhere, DANNY BORGOS, the defendant, knowingly received and distributed materials that contained child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BORGOS distributed files containing child pornography from a computer in Garnerville, New York, over the internet via a file sharing program.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

COUNT TWO

(Possession of Child Pornography)

The United States Attorney further charges:

2. From at least in or about December 2010 through in or about April 1, 2011, in the Southern District of New York and elsewhere, DANNY BORGOS, the defendant, knowingly possessed, and accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BORGOS possessed on a computer in Garnerville, New York files containing child pornography that had been downloaded from the internet.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
PREET BHARARA
United States Attorney