UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
United States of America,

                                 Plaintiffs,    **NOTICE OF ADJOURNMENT OF SENTENCING**

    -against-

                                                          12 Cr. 00256 (CS)

DANNY BORGOS,

                                 Defendants.
-----------------------------------------------------------x

The Sentencing previously scheduled by this Court for July 23, 2013 *is adjourned by this Court to* **July 31, 2013 at 4:15 p.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White Plains, NY 10601, Courtroom 621.

                                                  */s/ Alice F. Cama*
                                                 Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       July 17, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-13
```